# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00321-CR

**Austin McClure Bounds, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 7500, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Austin McClure Bounds seeks to appeal from a judgment of conviction for theft of property valuing less than $1500 enhanced by two prior convictions. *See* Tex. Penal Code § 31.03(a), (e)(4)(D). The trial court has certified that: (1) this is a plea-bargain case and Bounds has no right of appeal, and (2) Bounds waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: May 22, 2013

Do Not Publish